■ MICHAEL EDBAUER, Respondent, v BOARD OF EDUCATION OF NORTH TONAWANDA CITY SCHOOL DISTRICT et al., Defendants. BOARD OF EDUCATION OF NORTH TONAWANDA CITY SCHOOL DISTRICT et al., Third-Party Paintiffs, v MCPHERSON STEEL CORPORATION, Third-Party Defendant-Appellant. (Appeal No. 4.) [730 NYS2d 919] —Appeal unanimously dismissed without costs (*see, Karagiannis v New York State Thruway Auth.,* 209 AD2d 995; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Damages.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.